USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLA KISELEVA,<br><br>                              Plaintiff,<br><br>-against-<br><br>MARK GREENSPAN, ADAM LITMAN, BEAUTYFIX ENTERPRISES LLC d/b/a BEAUTYFIX MEDSPA, BEAUTYFIX MEDICAL PLLC d/b/a BEAUTYFIX MEDICAL SPA, BEAUTYFIX HOLDINGS LLC, and BEAUTY FX SPA INC.;<br><br>                              Defendants. | 23-cv-9496 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff has filed proof of service as to all Defendants, Dkts. 15-20;

WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed for all Defendants, Dkts. 15-20; and

WHEREAS no defendant has either appeared or answered;

IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against all Defendants, in accordance with this Court's Individual Practices, by no later than **Friday, February 16, 2024**.

**SO ORDERED.**

Date: January 17, 2024
New York, New York

_____
**VALERIE CAPRONI
United States District Judge**

1