USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ALLA KISELEVA, :
:
                   Plaintiff, :
:
        -against- :
: 23-CV-9496 (VEC)
MARK GREENSPAN, ADAM LITMAN, :
BEAUTYFIX ENTERPRISES LLC d/b/a : ORDER
BEAUTYFIX MEDSPA, BEAUTYFIX :
MEDICAL PLLC d/b/a BEAUTYFIX MEDICAL :
SPA, BEAUTYFIX HOLDINGS LLC, BEAUTY :
FX SPA INC., and MAYA BENAYOUN, :
:
                 Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 11, 2024, Defendants moved to dismiss the Complaint, Dkt. 24;

    WHEREAS on April 5, 2024, Plaintiff filed her Amended Complaint, Dkt. 33; and

    WHEREAS Plaintiff's First Amended Complaint added as a Defendant Maya Benayoun;

    IT IS HEREBY ORDERED that Defendants' motion to dismiss is DENIED as moot. Per Federal Rule of Civil Procedure 15(a)(3), by not later than **Friday, April 19, 2024**, the previously served Defendants must either answer or otherwise respond to the Amended Complaint. The newly added Defendant Maya Benayoun must answer or otherwise respond to the Complaint within 21 days of receiving the summons and Amended Complaint.

    The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 24.

**SO ORDERED.**

Date: April 8, 2024
      New York, New York

                                           **VALERIE CAPRONI**
                                           **United States District Judge**