UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alla Kiseleva,

                Plaintiff,

-against-

Adam Litman, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2024

1:23-cv-09496 (VEC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby ORDERED that the parties shall appear to participate in a settlement conference before the undersigned. No later than Friday, November 22, 2024, the parties shall jointly submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, four (4) mutually-agreeable dates when all parties and counsel are available to have the settlement conference. The email should indicate whether the parties are available in the morning or afternoon (or both) for the selected dates, and whether there is a preference to proceed remotely or in-person.

The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the settlement conference attendance requirements.

**SO ORDERED.**

Dated:     New York, New York
             November 15, 2024

_____
STEWART D. AARON
United States Magistrate Judge