USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/7/2025___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
ALLA KISELEVA,                                        :
                                                      :
                                                      :
                              Plaintiff,              :
                                                      :        23-CV-9496 (VEC)
            -against-                                 :
                                                      :        ORDER
                                                      :
MARK GREENSPAN, ADAM LITMAN,                          :
BEAUTYFIX ENTERPRISES LLC d/b/a                       :
BEAUTYFIX MEDSPA, BEAUTYFIX                           :
MEDICAL PLLC d/b/a BEAUTYFIX MEDICAL                  :
SPA, BEAUTYFIX HOLDINGS LLC, BEAUTY                   :
FX SPA INC., and MAYA BENAYOUN,                       :
                                                      :
                                                      :
                              Defendants.             :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 7, 2025, the parties appeared before the Court for a status

conference;

WHEREAS discovery in this matter is complete; and

WHEREAS Defendants intend to move for summary judgment;

IT IS HEREBY ORDERED that Defendants' motion for summary judgment is due by

**Friday, March 14, 2025**.  Plaintiff's opposition to Defendants' motion is due by **Friday, April**

**4, 2025**.  Defendants' reply papers, if any, are due by **Friday, April 11, 2025**.

IT IS FURTHER ORDERED that trial will begin **Monday, May 5, 2025, at 10:00 A.M.**

in Courtroom 20C, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New

York 10007.  The parties' motions *in limine* are due by **Friday, March 14, 2025**.  Responses to

the motions *in limine* are due by **Friday, March 28, 2025**.  The parties' joint pretrial order is due by **Friday, April 11, 2025**.

IT IS FURTHER ORDERED that the parties must appear for the final pretrial conference on **Thursday, April 24, 2025, at 2:30 P.M.** in Courtroom 20C, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Date:  **February 7, 2025**
       **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**