USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ALLA KISELEVA, :
:
:
Plaintiff, :
: 23-CV-9496 (VEC)
-against- :
: ORDER
:
:
MARK GREENSPAN, ADAM LITMAN, :
BEAUTYFIX ENTERPRISES LLC d/b/a :
BEAUTYFIX MEDSPA, BEAUTYFIX :
MEDICAL PLLC d/b/a BEAUTYFIX MEDICAL :
SPA, BEAUTYFIX HOLDINGS LLC, BEAUTY :
FX SPA INC., and MAYA BENAYOUN, :
:
:
Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 7, 2025, the Court set the following deadlines: March 14, 2025, for Defendants' motion for summary judgment; April 4, 2025, for Plaintiff's opposition to Defendants' summary judgment motion; and April 11, 2025, for Defendants' reply papers and the parties' joint pretrial order, *see* Dkt. 77;

WHEREAS the Court also scheduled a final pretrial conference for April 24, 2025, and set a trial date of May 5, 2025, *see id.*;

WHEREAS on March 14, 2025, Defendants moved for summary judgment, *see* Dkts. 82–86;

WHEREAS on April 5, 2025, Plaintiff filed incomplete opposition papers after the April 4, 2025 deadline set by the Court, *see* Dkts. 77, 88–89;

WHEREAS the Court ordered Plaintiff to correct her opposition papers by end of day on April 7, 2025, *see* Dkt. 90;

WHEREAS after Plaintiff's counsel emailed Chambers indicating she was experiencing technical difficulties in completing her filing, on April 8, 2025, the Court ordered Plaintiff to email her filing to Chambers by 2:00 P.M. and to continue to make every effort to file the papers via ECF by end of day, *see* Dkt. 91; and

WHEREAS Plaintiff emailed her opposition papers to Chambers and Defendants at approximately 7:30 P.M. on April 8, 2025, and still has not filed her papers via ECF;

IT IS HEREBY ORDERED that Plaintiff must discuss any filing difficulties with the ECF Help Desk and must file her opposition to the motion for summary judgment on ECF by **noon on Thursday, April 10, 2025**.

IT IS FURTHER ORDERED that Defendants' deadline to file reply papers in support of their summary judgment motion is ADJOURNED from Friday, April 11, 2025, to **Tuesday, April 15, 2025**. The parties' deadline to file their joint pretrial order is ADJOURNED from Friday, April 11, 2025, to **Friday, June 20, 2025**. Trial is ADJOURNED from Monday, May 5, 2025, at 10:00 A.M. to **Monday, July 14, 2025, at 10:00 A.M.**

IT IS FURTHER ORDERED that the pretrial conference currently scheduled for Thursday, April 24, 2025, at 2:30 P.M. is ADJOURNED to **Wednesday, May 7, 2025, at 2:45 P.M.** The parties should be prepared to argue Defendants' summary judgment motion at the conference.

**SO ORDERED.**

**Date: April 9, 2025**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**