## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

ALLA KISELEVA,

                     Plaintiff,                  23 **CIVIL** 9496 (VEC)

    -against-                   **<u>JUDGMENT</u>**

MARK GREENSPAN, ADAM LITMAN,
BEAUTYFIX ENTERPRISES LLC d/b/a
BEAUTYFIX MEDSPA, BEAUTYFIX MEDICAL
PLLC d/b/a BEAUTYFIX MEDICAL SPA,
BEAUTYFIX HOLDINGS LLC, BEAUTY FX SPA
INC., and MAYA BENAYOUN.

                     Defendants.

-----------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated May 19, 2025, Defendants' motion for summary judgment is GRANTED. Plaintiff's lawsuit is dismissed with prejudice. Accordingly, the case is closed.

**Dated:**  New York, New York

      May 19, 2025

                                                           **TAMMI M. HELLWIG**

                                                           **Clerk of Court**

                         **BY:**

                                                          **Deputy Clerk**